```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,       )
                                )           4:02CR3100
              Plaintiff,        )
                                )
    vs.                         )           ORDER
                                )
CLINTON WEBB,                   )
                                )
              Defendant.        )
```

IT IS ORDERED that a revocation hearing is set to commence at **12:00 p.m. on May 3, 2007** before the Hon. Richard G. Kopf, United States District Judge, in Courtroom #1, United States Courthouse, Lincoln, Nebraska.

Dated: February 1, 2007.

BY THE COURT

s/ David L. Piester
_____
David L. Piester
United States Magistrate Judge