IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 4:02CR3100 |
| CLINTON WEBB, ) | |
| Defendant. ) | |

## ORDER

THIS MATTER comes before the Court on defendant's unopposed motion to continue the May 3, 2007 revocation hearing, filing 62, for approximately 90 days. The Court, being fully advised in the premises, and noting that the Government has no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the defendant's revocation hearing shall be continued until Thursday, August 2, 2007, at 12:00 noon. The defendant is ordered to appear at said time.

April 24, 2007.                    BY THE COURT:

                                   s/ *Richard G. Kopf*
                                   United States District Judge