IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:02CR3100 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| CLINTON WEBB, | ) | |
| | ) | |
| Defendant. | ) | |

At the United States Probation Officer's request, and with the agreement of counsel,

IT IS ORDERED that Defendant Webb's revocation hearing is rescheduled to Tuesday, December 4, 2007, at 12:00 noon, before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

July 24, 2007.                    BY THE COURT:

                                  s/ *Richard G. Kopf*
                                  United States District Judge