IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:02CR3100 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| CLINTON WEBB, | ) | |
| | ) | |
| Defendant. | ) | |

    The defendant has not yet admitted or denied the allegations in the petition for an offender under supervision.  The defendant is presently in the custody of the State of Nebraska.  The psychiatric examination by the Nebraska Department of Corrections has not yet been completed. On the recommendation of counsel and the probation officer, we will continue this matter to give the Department of Corrections an opportunity to complete the evaluation.   If the Department does not complete the evaluation by the time of the next hearing, it is my intention to remove the defendant from state custody and to send him to a Federal Medical Center or take such other or different action as may then be determined to be appropriate.

    IT IS ORDERED that this matter is continued until March 13, 2008 at noon for a hearing.   The probation officer assigned to this case shall provide counsel and me with a written status report a few days prior to March 13, 2008.  Counsel for the government shall be sure to make arrangements to secure the defendant's presence for the hearing on March 13, 2008.  A copy of this memorandum and order shall be provided to the United States Marshals Service.

January 9, 2008.                                       BY THE COURT:

                                                                   s/ *Richard G. Kopf*
                                                                   United States District Judge